■ Santina Murine, Respondent, v City of Utica, Appellant. [993 NYS2d 522]—Appeal from a judgment of the Supreme

Court, Oneida County (Patrick F. MacRae, J.), entered November 19, 2013. The judgment determined, upon a jury verdict, that defendant is 100% liable for plaintiff's damages.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.